UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HARRY GALEKOVICH,

Plaintiff,

v.

CITY OF VANCOUVER, et al.,

Defendants.

CASE NO. 11-cv-05736 BHS

ORDER RE: SETTLEMENT CONFERENCE-May 10, 2012

This matter has been referred to the Honorable David W. Christel for purposes of conducting a settlement conference on **Thursday, May 10, 2012**, commencing at **9:00 a.m.** in the Court Room of the Federal Building, 500 West 12th Street, 2nd Floor, Vancouver, Washington 98660.

The parties are ORDERED to submit to this Court's chambers, but not file, a settlement memo no later than 4:30 p.m., Thursday, May 3, 2012. The settlement memo shall be no longer than ten (10) pages, double-spaced. The parties are allowed to submit attachments to the memo, but are encouraged to only include those attachments critical to the explanation provided in the memo. The memos are to be exchanged between the parties and, at a minimum, include: (1) the last demand and offer exchanged between the parties; (2) the status of any outstanding discovery issues; (3) the status of any outstanding motions. These materials may be emailed to

ORDER - 1

Dave_Christel@wawd.uscourts.gov, mailed to Post Office Box 61983, Vancouver, WA 98666, or delivered to the Clerk's Office, U.S. Courthouse, 1717 Pacific Avenue, Tacoma, Washington 98402.

Parties are instructed to bring a person with authority to settle the case on the date of the scheduled settlement conference.

Dated this 17th day of April, 2012.

_____
Judge David W. Christel