1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HARRY GALEKOVICH,

               Plaintiff,

     v.

CITY OF VANCOUVER, et al.,

               Defendants.

CASE NO. C11-5736BHS

ORDER DENYING VARIOUS
MOTIONS

       This matter comes before the Court on Defendants' Notice of Compliance with Second Judicial Stay.  Dkt. 92.  Defendants have brought Plaintiff's violation of the Court's order to the Court's attention and the Court hereby denies the motions filed as Dkts. 89, 91, 93, 94, 96, & 97, as such motions were filed in violation of the Court's stay (Dkt. 70).  The Court is hereby lifting the stay on the parties' filing of motions and therefore its denial of Plaintiff's motions are without prejudice.  However, the Court warns Plaintiff that if he continues to file frivolous motions (*see* Dkts. 70 & 81 (warning Plaintiff regarding his serial filing of motions)), the Court will grant sanctions requested by opposing counsel for having to respond to the motions.

ORDER - 1

1          Therefore, it is hereby **ORDERED** that the judicial stay is **LIFTED** and

2    Plaintiffs' motions (Dkts. 89, 91, 93, 94, 96, & 97) are **DENIED without prejudice** as

3    discussed above.

4          Dated this 2nd day of August, 2012

5

6

7    BENJAMIN H. SETTLE
     United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER - 2